SCOTT CIFRESE, WSBA #25778          The Honorable Lonny R. Suko
AUSEY H. ROBNETT III, *Pro Hac Vice*
PAINE HAMBLEN LLP
701 Front Avenue, Suite 101
Coeur d'Alene, ID  83814
Telephone:  (208) 664-8115
Facsimile:  (208) 664-6338
scott.cifrese@painehamblen.com
Ausey.robnett@painehamblen.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT EASTERN

# DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM ALLENBAUGH, | ) |
| | ) No. CV-09-3086-LRS |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER OF DISMISSAL** |
| | ) |
| BNSF RAILWAY COMPANY, a | ) |
| Delaware Corporation | ) |
| | ) |
| Defendant. | ) |
| | ) |

# **ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court based upon the foregoing Stipulation and agreement of the parties herein, NOW THEREFORE,

ORDER OF DISMISSAL - 1

1   IT IS HEREBY ORDERED that all claims be dismissed with prejudice and

2 without costs or attorney fees.

3   DONE IN OPEN COURT THIS 30th day of January, 2012.

4

5

6

7                                    *s/Lonny R. Suko*

8                            The Honorable Lonny R. Suko

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER OF DISMISSAL - 2

*PAINE HAMBLEN LLP*
701 FRONT AVENUE, SUITE 101
COEUR D'ALENE, ID  83814
PHONE (208)664-8115  FAX (208) 664-6338